**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EMANUEL NASH,<br><br>        Petitioner,<br><br>  v.<br><br>F. FOULK, Warden,<br><br>        Respondent. | Case No. CV 14-5494 JVS (SS)<br><br>**ORDER ACCEPTING FINDINGS,**<br><br>**CONCLUSIONS AND**<br><br>**RECOMMENDATIONS OF UNITED**<br><br>**STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Amended Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections. After having made a de novo determination of the portions of the Amended Report and Recommendation to which Objections were directed,[1] the Court

---

[1] Petitioner's Objections, received by the Court on December 14, 2015, addressed the Court's original Report and Recommendation, which issued on October 27, 2015. The Magistrate Judge issued an Amended Report and Recommendation on December 18, 2015 solely to correct non-substantive formatting errors in the original Report and Recommendation. Because the text of the Amended Report and Recommendation is identical to the text of the original Report and Recommendation, Petitioner's Objections to the original Report and Recommendation apply equally to the Amended Report and Recommendation.

concurs with and accepts the findings and conclusions of the Magistrate Judge.

**IT IS ORDERED** that the Petition is denied and Judgment shall be entered dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Petitioner and counsel for Respondent.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 21, 2015

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

2