**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

EMANUEL NASH,

              Petitioner,

    v.

F. FOULK, Warden,

              Respondent.

Case No. CV 14-5494 JVS (SS)

**JUDGMENT**

    Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated: December 21, 2015

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE